UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| v. | ) | MAGISTRATE GENERAL |
| | ) | |
| TAMARA SHABADASH, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

The United States, by Gary S. Shapiro, Acting United States Attorney for the Northern District of Illinois, brings this action against the defendant, TAMARA SHABADASH, and for its cause of action states:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1345 and 7 U.S.C. § 2021(f).

2. The defendant, TAMARA SHABADASH, resides within the jurisdiction of the court.

3. Pursuant to the provisions of Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. §§ 1071 - 1087-2, and regulations promulgated thereunder 34 C.F.R. Part 682, the defendant executed promissory notes as more fully set forth in the Certificate of Indebtedness attached hereto as Exhibits "A" and "B", respectively.

4. Although demand has been made for payment, there remains due and owing the principal sum of $9,033.00, plus interest to August 7, 2012, in the sum of $14,638.66 at 9.000% per annum.

WHEREFORE, the United States demands judgment against the defendant as follows:

a. in the amount of $23,671.66 ($9,033.00 principal and $14,638.66 interest accrued through August 7, 2012);

b. interest to continue to accrue at the rate of 9.000% per annum until the date of Judgment;

c. costs of suit; including but not limited to, filing fee of $150.00, as authorized by 28 U.S.C. §2412(a)(2), and

d. for such other proper relief as this court may deem just.


Respectfully submitted,

GARY S SHAPIRO
Acting United States Attorney


By: */s/ Kimberly J. Goodell*
KIMBERLY J. GOODELL
kgoodell@potestivolaw.com
Attorney for the Plaintiff
Potestivo & Associates, P.C.
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
(312)263-0003