**Sallie Mae**
STUDENT LOAN MARKETING ASSOCIATION
SMART LOAN Originations Center
P.O. Box 1304
Merrifield, Virginia 22116-1304

*The SMART LOAN℠ Account*

# Application/Promissory Note

## Section I: Personal Information

1. Shabadash, Taquara
1A. Suzne
4. [redacted]
5. Dental Office — 6600 W. 95 St
6. Ansari — 32 East Woodridge
7. Zenen Teresa R. — 6600 W. 95 St, O.P. Smtn 66212

## Section II: Student Loan Information (Please read instructions carefully.)

| 8. NAME AND ADDRESS OF CREDITOR | 9. APPROPRIATE LOAN | 10. TYPE OF LOAN | 11. INTEREST RATE | 12. DATE OF DISBURSEMENT MONTH/YEAR | 13. ACCOUNT NUMBER | 14. ESTIMATED CURRENT OUTSTANDING BALANCE |
|---|---|---|---|---|---|---|
| Student Loan marketing association | | GSL | 9% | 10.1.82 | [redacted] | 3578.53 |
| Student Loan marketing association P.O. Box 1450 Merrifield, Virginia 22116 | | GSL | 9% | 7.7.83 | [redacted] | 5000.00 |

All right, title, and interest of SLMA is hereby assigned to the Great Lakes Higher Education Corporation without recourse.

Date: 11/1/85

On Behalf of and as Attorney in Fact for SLMA

Enter an "X" in this column if you have selected the loan for consolidation. ▲ (If you need to list additional loans, attach another sheet.)

To Sallie Mae: By means of this application, I am applying to have my loans consolidated into a SMART LOAN Account at Sallie Mae, as allowed under Section 428C of the Higher Education Act of 1965, as amended ("The Act"). If Sallie Mae accepts this application, it is my understanding Sallie Mae will advance funds on my behalf to creditors who currently hold eligible loans noted above which I herein select for consolidation in my SMART LOAN Account. The funds so advanced by Sallie Mae will be disbursed to the holders of the loans designated above in order to pay off those loans. I further understand that the amount of my SMART LOAN will equal the sum of the amounts which my creditors verify are the payoff balances of the selected loans. This amount may be more or less than the estimated total balance I have indicated above. If the verified total balance on loans to be consolidated exceeds my estimate by $500 or more, Sallie Mae will notify me before originating my loan. Similarly, if I am consolidating ALAS (now called SLS, Supplemental Loans for Students) loans and my interest rate on my consolidation loan is higher than 9%, Sallie Mae will notify me prior to originating the SMART LOAN.

## Section III: REPAYMENT OPTIONS/Combined Payment Plan

**All Borrowers: Check One**

15. ☐ I choose the MAX-2 OPTION with two years of interest-only payments.   ☒ I choose the MAX-4 OPTION with four years of interest-only payments.   ☐ I choose a LEVEL PAYMENT PLAN.

**HEAL Borrowers:**

16. ☐ Yes. I am applying for a Combined Payment Plan. Please include in this plan all of the HEAL loans listed above.

## Section IV: General Information (Please read and sign in *both* places indicated.)

17. **PROMISE TO PAY**
I, the undersigned borrower, promise to pay to the Student Loan Marketing Association (Sallie Mae) at Student Loan Marketing Association, Payment Processing Center, P.O. Box 5997, Lincoln, NE 68505-0997 (or at such other address as designated by Sallie Mae) such loan amount as is advanced on my behalf, to pay daily simple interest on the unpaid principal balance thereof at the rate described on the reverse side hereof, all in accordance with a repayment schedule to be furnished to me, and to pay all late charges, reasonable attorney's fees, and other costs permitted by law and incurred by Sallie Mae in the collection of any amount not paid when due. I understand that the amount of my loan will be based on the payoff balances of loans selected for consolidation as provided by the creditors of such loans and may exceed my estimate of such payoff balances. My signature below certifies that I have read, understood, and agreed to the conditions and authorizations stated in the terms hereon and on the reverse side hereof and have received a copy of this application/promissory note.

**APPLICANT CERTIFICATION**
By my signature I certify that I am in repayment status or in a grace period preceding repayment, and not ninety days or more delinquent on any of the loans I have chosen for consolidation that are listed above. All of the loans selected for consolidation have been made to me to finance my education. I also certify that (1) I have no consolidation loan application pending with another lender and (2) if Sallie Mae does not hold any of my loans selected for consolidation, I have checked yes in the box above or (if I have chosen yes in the box above) any of my HEAL loans, I have sought and been unable to obtain a consolidation loan from the holder(s) of the loans for consolidation. I further certify that I do not owe a refund on any Pell Grant or Supplemental Educational Opportunity Grant, and that I am not in default on any GSL, Perkins/NDSL, ALAS/SLS, PLUS, or consolidation loan.
I certify that the above information is true and correct. I have read the material and understand my rights and responsibilities under the loan consolidation program.
This application/promissory note will be governed by Federal law applicable to consolidation loans.

**CRIMINAL PENALTIES**
WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties, which may include fines or imprisonment under the United States Criminal Code and Section 490 of the Act.

18. **APPLICANT SIGNATURE**   DATE
X Taquara Shabadash   7-25-87

SLMA-2

**PERMISSION TO VERIFY LOAN BALANCES**
To Whom It May Concern: I hereby authorize you to release to Sallie Mae, for purposes of verifying student loan information in order that I may consolidate my student loans into a consolidation loan pursuant to the Higher Education Act of 1965, as amended, any information concerning my student loans that Sallie Mae requests in connection with such loan consolidation. This information is for the use of Sallie Mae in consolidating my student loans. A copy of this authorization may be deemed to be an original.
Your prompt reply and cooperation will help to expedite my loan consolidation. Thank you.

19. [signature redacted]

**SALLIE MAE COPY**

*BEST COPY AVAILABLE AT TIME OF IMAGING*

EXHIBIT A